**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:26-mj-1008-MCR

JENNIFER SUSAN CRUZ

---

**ORDER OF TEMPORARY DETENTION PENDING**
**HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government to continue the detention hearing, the Motion is **GRANTED,** and it is **ORDERED** that a detention hearing is set for January 22, 2026, at 1:00 P.M. before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: January 20, 2026

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States Marshal Service
United States Pretrial Service