UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

1.21.2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:26-cr-11-HES-MCR
18 U.S.C. § 111(a)(1) & (b)

JENNIFER SUSAN CRUZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 13, 2026, in the Middle District of Florida, the defendant,

JENNIFER SUSAN CRUZ,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of an agency in a branch of the United States Government, that is, the Department of Homeland Security, while such officer and employee was engaged in and on account of the performance of official duties, and a person assisting such an officer and employee in

the performance of such duties and on account of that assistance, and such acts involved physical contact with the victim of that assault and inflicted bodily injury.

In violation of 18 U.S.C. § 111(a)(1) and (b)

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: *[signature]*
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: *[signature]*
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
1/19/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JENNIFER SUSAN CRUZ

## INDICTMENT

Violations:  18 U.S.C. § 111(a)(1) & (b)

A true bill,

███████████████████

Foreperson

Filed in open court this 21st day

of January, 2026.

_____
Clerk

Bail $_____

GPO 863 525