UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION

CASE NO: 3:26-cr-11-HES-MCR

UNITED STATES OF AMERICA

v.

JENNIFER SUSAN CRUZ

_____/

## APPEARANCE OF COUNSEL

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant,

Jennifer Susan Cruz, for purposes of all proceedings before the United States District Court. The

undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and

duly admitted to practice before this Court.

DATED at Jacksonville, Florida this 22nd day of January, 2026.

Respectfully submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

_____
M. ALAN CEBALLOS
Florida Bar Number: 353248
200 E. Forsyth Street
Jacksonville, FL 32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via
electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov,
and Federal Public Defender, Waffa Hanania, Esquire, Waffa_Hanania@fd.org, this 22nd day of
January, 2026.

/s/ M. Alan Ceballos

_____
M. Alan Ceballos