UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:26-cr-11-HES-MCR

JENNIFER SUSAN CRUZ
_____/

Defense Atty.: M. ALAN CEBALLOS
AUSA: ARNOLD B. CORSMEIER

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | January 22, 2026 1:03 PM – 1:10 PM 7 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | DANIEL DUMPIT |

**CLERK'S MINUTES**

PROCEEDINGS:    Status of Counsel Hearing and Arraignment

**STATUS OF COUNSEL**
Mr. Ceballos informed the Court that he has been retained to represent the defendant and has entered a notice of appearance.

**ARRAIGNMENT**
Judge Richardson advised the defendant of her rights.

Mr. Ceballos entered a not guilty plea on behalf of the defendant.

Government to provide Discovery by January 22, 2026.

Discovery motions to be filed by: February 5, 2026.

Dispositive motions, motions for district judge, and motions to suppress to be filed by: February 5, 2026.

Status Conference: February 18, 2026, before the Honorable Harvey E. Schlesinger.

Trial term commencing: March 2, 2026, before the Honorable Harvey E. Schlesinger.

Mr. Ceballos orally moved to continue the detention hearing. Judge Richardson granted the motion, without objection from Mr. Corsmeier.

Detention hearing to be held on January 26, 2026, at 11:30 a.m. before Judge Richardson.


Filed in Open Court:
    Notice of Acceptance of General Discovery