UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                  CASE NO: 3:26-cr-11-HES-MCR

JENNIFER SUSAN CRUZ

---

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to U.S. Pretrial Services immediately.

(2) The defendant **shall remain at the address provided to the Court and not change address without prior permission from the Court.**

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear **upon notification by the Clerk of Court**.

(4) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

### ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of defendant is subject to the conditions set forth below:

(5) **Financial Conditions:**

The defendant shall execute an **unsecured** bond binding defendant to pay the United States of America the sum of **$50,000.00 with no money deposited with the Registry of the Clerk of Court.**

(6)  **CUSTODIANSHIP**

The defendant is placed in the custody of: **Maya Cortes** who agrees: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

January 26, 2026

Signed: _[signature]_
Custodian or Proxy

Address: 10960 Beach Blvd Lot #396, Jacksonville FL, 32246

Telephone: 904-405-0179

(7)  Specific Conditions:   The defendant shall:

- Abide by the following restrictions on travel: **defendant's travel is restricted to Middle District of Florida**.

- Report on a regular basis to **Pretrial Services Office** as directed by the Pretrial Services Officer.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from **any** use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

- Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

- Undergo psychiatric treatment as needed as directed by defendant's Pretrial Services Officer.

- Immediately surrender passport within 72 hours to the Pretrial Services Officer, and shall not obtain or apply for any travel documents during the pendency of this case..

- Undergo drug testing, education, and treatment as directed by Pretrial Services Office with the cost borne by the defendant as determined by the Pretrial Services Office.

## ADVICE OF PENALTIES AND SANCTIONS

## TO THE DEFENDANT:

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 1/26/26

Signature of Defendant

Address: 10960 Beach Blvd #396

City and State: Jacksonville, FL 32246

Telephone: 904.885.4516

## DIRECTIONS TO UNITED STATES MARSHAL

(X) The defendant is **ORDERED** released after processing.

( ) The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

January 26, 2026

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal Service
United States Pretrial Services
United States Probation Office