UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION

CASE NO: 3:26-cr-11-HES-MCR

UNITED STATES OF AMERICA

v.

JENNIFER SUSAN CRUZ

_____/

### **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, **JENNIFER SUSAN CRUZ**, by and through undersigned counsel and hereby moves to continue the trial in the above-captioned case, which is presently scheduled for jury selection on March 2, 2026.

In support hereof, Defendant states as follows:

1. The Defendant came into Federal custody on January 13, 2026.

2. The above captioned case is set for jury selection on Monday, March 2, 2026.

3. The Defendant was indited on January 21, 2026.

4. The Defendant was released from custody on January 27, 2026.

5. While certain discovery materials have been conveyed, undersigned counsel will not have a sufficient opportunity to fully evaluate and review them in advance of the scheduled trial.

6. The Defendant faces comparable State charges in Case No.: 16-2026-CF-000432. At this writing, said charges are still pending.

7. Additional time is needed to determine whether the dual prosecutions by the State and Federal authorities can be "globally" resolved.

8. Undersigned counsel has been authorized by AUSA Arnold B. Corsmeier to represent that he does not oppose the granting of this motion

9. The best interests of justice are advanced by the granting of this motion.

**WHEREFORE**, the premises, considered, it is respectfully submitted that the above captioned motion should be granted, and the trial continued for sixty days (60) or any acceptable subsequent date.

Respectfully submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

M. ALAN CEBALLOS
Florida Bar Number: 353248
200 E. Forsyth Street
Jacksonville, FL  32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, this 28th day of January, 2026.

/s/ M. Alan Ceballos

M. Alan Ceballos