UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:26-cr-11-HES-MCR

JENNIFER SUSAN CRUZ
_____

## ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Trial (Doc. 27), filed on January 28, 2026. Upon consideration, the Court finds: (1) that the Defendant has shown satisfactory grounds for such continuance; (2) that the Government does not object to the continuance; (3) that the continuance will allow defense counsel sufficient time to evaluate and review discovery materials and to determine whether the State and Federal prosecutions can be resolved; and (4) that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court, therefore, determines that the time from the date of this Order through the end of the May 2026 trial term shall be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is ORDERED:

1. The Defendant's Unopposed Motion to Continue Trial (Doc. 27), is **GRANTED.**

2. The status conference is rescheduled for **Wednesday, April 22, 2026, at 1:30 p.m.**, and jury trial is set for trial term commencing on **Monday, May 4, 2026, at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE** and **ORDERED** at Jacksonville, Florida this 30 day of January 2026.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Arnold Corsmeier, Esq.
M. Alan Ceballos, Esq.
United States Marshals Service
United States Probation Office