**UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION**

CASE NO: **3:26-cr-11-HES-MCR**

**UNITED STATES OF AMERICA**

**v.**

**JENNIFER SUSAN CRUZ**

_____/

### DEFENDANT'S SUPPLEMENTAL UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, **JENNIFER SUSAN CRUZ**, by and through undersigned counsel and hereby moves for sixty days (60) continuance of the trial in the above-captioned case, which is presently scheduled for jury selection on May 4, 2026.

In support hereof, Defendant states as follows:

1. The Defendant came into Federal custody on January 13, 2026.

2. The above captioned case is set for jury selection on Monday, May 4, 2026.

3. The Defendant was indited on January 21, 2026.

4. The Defendant was released from custody on January 27, 2026.

5. The Defendant faces comparable State charges in Case No.: 16-2026-CF-000432. Formal charges pertaining to same have been filed and the State arraignment was conducted on February 24, 2026.

6. Pursuant to the applicable Rules of Florida Criminal Procedure, undersigned counsel has received the discovery in the aforesaid State prosecution. The first round of depositions is scheduled for April 14, 2026. Additional depositions will be necessary but have not yet been scheduled.

7. Additional time is needed to determine whether the dual prosecutions by the State and Federal authorities can be "globally" resolved, in that, certain aspect of the evidence is overlapping.

8.  Undersigned counsel has been authorized by AUSA Arnold B. Corsmeier to represent that he does not oppose the granting of this motion

9.  The best interests of judicial economy are advanced by the granting of this motion.

**WHEREFORE**, the premises, considered, it is respectfully submitted that the above captioned motion should be granted, and the trial continued for sixty days (60) or any acceptable subsequent date.

Respectfully submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

_____

M. ALAN CEBALLOS
Florida Bar Number: 353248
301 W. Bay Street, Suite 1468
Jacksonville, FL  32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, this 1st day of April, 2026.

/s/ M. Alan Ceballos

_____

M. Alan Ceballos

2