UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          Case No.:  3:26-cr-00011-HES-MCR

JENNIFER SUSAN CRUZ,
_____/

## O R D E R

Before the Court is the Defendant's Supplemental Unopposed Motion to Continue Trial filed on April 1. 2026.  Upon consideration, this Court finds: (1) that the Defendant has shown satisfactory grounds for such continuance; (2) that the Government does not object to the requested continuance; (3) the continuance will allow additional time to determine whether the dual prosecutions by the State and Federal authorities can be globally resolved, in that certain aspect of the evidence is overlapping (4) such continuance is in the interest of justice, excludable under the speedy Trial Act, and the ends of justice served by granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A)

Accordingly, it is ORDERED:

1. The Defendant's Supplemental Unopposed Motion to Continue Trial

- 1 -

(Doc. 30) is **GRANTED**.

2.    The Defendant herein is rescheduled for status conference on **Wednesday, June 24, 2026 at 1:30 PM**, and jury trial set for trial term commencing on **Monday, July 6, 2026 at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this ____ day of April 2026.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copy to:    M. Alan Ceballos, Esq.
Arnold Corsmeier, Esq.
U.S. Marshal
U.S. Probation