**UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION**

**CASE NO: 3:26-cr-11-HES-MCR**

**UNITED STATES OF AMERICA**

**v.**

**JENNIFER SUSAN CRUZ**

_____/

**DEFENDANT'S MOTION TO PERMIT
OUT OF JURISDICTION TRAVEL**

**COMES NOW** the Defendant, JENNIFER SUSAN CRUZ, by and through undersigned counsel, and hereby moves to allow the Defendant to travel out of the jurisdiction on July 25, 2026. In support hereof, Defendant states as follows:

1. The Defendant is at liberty pursuant to the Order Setting Conditions of Release dated January 26, 2026. Said Order restricts her travel to the Middle District of Florida.

2. The Defendant seeks permission to attend her son-in-law's birthday celebration on July 25, 2026, at Ginnie Spring, located at 7300 NE Ginnie Springs Rd, High Springs, FL 32643. Said address is situated in Gilchrist County and said County is located in the Northern District of Florida.

3. The Defendant has been in perfect obedience to all conditions of Pretrial release.

4. The Defendant merely seeks to travel to and from the aforesaid address on a single day.

**WHEREFORE**, the premises considered, it is respectfully submitted that the above captioned motion should be granted and the Defendant should be permitted to travel out of the jurisdiction on July 25, 2026.

Respectfully submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

_____

M. ALAN CEBALLOS
Florida Bar Number: 353248
200 E. Forsyth Street
Jacksonville, FL  32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, this 20th day of July, 2026.

/s/ M. Alan Ceballos

_____

M. Alan Ceballos

2