UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 3:26-cr-11-HES-PDB

JENNIFER SUSAN CRUZ

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

The United States of America, by the undersigned Assistant United States Attorney, hereby moves to continue the sentencing hearing in this case, which is presently scheduled for 11:00 a.m. on September 16, 2026.  See doc. 37.  The United States seeks this continuance because undersigned counsel will be out of the country from August 26 through September 16, 2026.  Undersigned counsel believes that it would be helpful to both the Court and the parties for him to be present at the hearing rather than asking another Assistant United States Attorney to stand in for him.  Undersigned counsel has been the assigned prosecutor on the case since its inception and is very familiar with the facts and underlying circumstances of the case and therefore could better assist the Court as it endeavors to determine an appropriate sentence.  Another prosecutor would not have the same breadth of knowledge or understanding of the case.  For these reasons, the United States requests that the Court continue the defendant's sentencing hearing until sometime

after September 16, 2026.   Before filing this motion, undersigned counsel conferred with counsel for the defendant and he stated that he does not object to the requested continuance.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   /s/ *Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No. 869139
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:  (904) 301-6310
E-mail:       chip.corsmeier@usdoj.gov

2