UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              Case No.:  3:26-cr-00011-HES-PDB

JENNIFER SUSAN CRUZ,

_____/

## ORDER

Before the Court is Government's Unopposed Motion to Continue Sentencing (Doc. No. 45), filed August 5, 2026. Upon consideration, the motion (Doc. No. 45) is **GRANTED**. Therefore, the sentencing is rescheduled for on **Wednesday, September 23, 2026 at 10:00 AM**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRESENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN NOON ON**, Monday, September 14, 2026. COUNSEL SHALL NOTIFY THE COURTROOM DEPUTY, AS SOON AS POSSIBLE, IF THEY BELIEVE THE SENTENCING HEARING WILL BE LONGER THAN 45 MINUTES.

- 1 -

- 2 -

**DONE AND ORDERED** at Jacksonville, Florida, this ____ of August

2026.

_____
HARVEY E. SCHLESINGER
United States District Judge


Copy to:    M. Alan Ceballos, Esq.
            Arnold B. Corsmeier, Esq.
            U.S. Marshal
            U.S. Probation

- 2 -