UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

      v.                                        Case No. 3:26-cr-11-HES-PDB

JENNIFER SUSAN CRUZ

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

The United States of America, by the undersigned Assistant United States Attorney, hereby moves to continue the sentencing hearing in this case, which is presently scheduled for 10:00 a.m. on September 23, 2026. See doc. 46. The United States previously filed a motion to continue the hearing because undersigned counsel will be out of the country on the date on which it was previously scheduled. See doc. 45. The Court granted the motion and rescheduled the hearing for September 23, after undersigned counsel's return from his trip. However, the government subsequently learned that the FHP Trooper who is the primary victim in this case is going to be on a previously scheduled vacation on September 23. The Trooper strongly wishes to attend the hearing and will likely speak to the Court about the injuries and other consequences she suffered as a result of the defendant's assault. Accordingly, to ensure that the Trooper can exercise her right to be heard as a victim (see 18 U.S.C. § 3771(a)(4)), the United States requests that the Court

continue the defendant's sentencing hearing until sometime in October.   Before

filing this motion, undersigned counsel conferred with counsel for the defendant and

he stated that he does not object to the requested continuance.


                              Respectfully submitted,

                              GREGORY W. KEHOE
                              United States Attorney


                         By:  /s/ Arnold B. Corsmeier
                              ARNOLD B. CORSMEIER
                              Assistant United States Attorney
                              Florida Bar No. 869139
                              300 N. Hogan Street, Suite 700
                              Jacksonville, Florida 32202
                              Telephone:  (904) 301-6300
                              Facsimile:  (904) 301-6310
                              E-mail:        chip.corsmeier@usdoj.gov