UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v. Case No.: 3:26-cr-00011-HES-PDB

JENNIFER SUSAN CRUZ,

_______________________________/

# ORDER

Before the Court is Government's Unopposed Motion to Continue Sentencing (Doc. No. 47), filed August 13, 2026. Upon consideration, the motion (Doc. No. 47) is **GRANTED**. Therefore, the sentencing is rescheduled for **Wednesday, October 14, 2026, at 11:00 AM**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRESENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN NOON ON, **Monday, October 5, 2026.** COUNSEL SHALL NOTIFY THE COURTROOM DEPUTY, AS SOON AS POSSIBLE, IF THEY BELIEVE THE SENTENCING HEARING WILL BE LONGER THAN 45 MINUTES.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th of August 2026.

**HARVEY E. SCHLESINGER**
United States District Judge

Copy to: M. Alan Ceballos, Esq.
Arnold B. Corsmeier, Esq.
U.S. Marshal
U.S. Probation