**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO: 3:26-cr-00011-HES-PDB**

**UNITED STATES OF AMERICA**

**v.**

**JENNIFER SUSAN CRUZ**
______________________________/

## SENTENCING MEMORANDUM AND
## INCORPORATED MOTION FOR DEPARTURE

COMES NOW the Defendant, JENNIFER SUSAN CRUZ, by and through her undersigned counsel, and hereby files this Sentencing Memorandum and Incorporated Motion for Departure, and respectfully requests the Court depart downward from any adjusted offense level, and/or exercise its discretion to impose a sentence below that recommended by the advisory range, for, *inter alia,* the following reasons, and in support thereof, states as follows:

**A. Family Background – Personal Characteristics**

1. In addition to the biographical facts contained in paragraphs 43 thru 47 of the Presentence Investigation Report hereinafter "PSR", the Defendant wishes to highlight the following salient points:

a. She moved out of her home and began living on her own at age 16 because her home life was unstable and unsafe.

b. Her mother suffered from substance abuse and mental health issues. She was routinely sent to live with other relatives, friends and various facilities for unpredictable lengths of time.

c. She became a child molestation victim at the hands of two separate men during her elementary and middle school years.

d. Despite these childhood tragedies, she has evolved into a loving and caring mother of her own four (4) children.

2. Education

Ms. Cruz obtained her GED in 2013 at Florida State College at Jacksonville (FSCJ). She obtained some college credits but did not obtain a degree.

3 Employment

Ms. Cruz has been employed as a receptionist at Dogtopia in Jacksonville since May 2026. She previously conducted a successful business, that is, RJC Underground LLC, from April 2025 until May 2026. The business failed for financial reasons. The PSR correctly describes her prior employment and demonstrates a strong work ethic throughout her employment history.

4. Character Letters

**Composite Exhibit A** attached are character letters from the following individuals; Jake McLaughlin, Mary Cleveland and Devanne Jones. These supporters uniformly attest to her good character, strong work ethic, keen maternal instincts and compassion for others.

**B. <u>Dual State Prosecution</u>**

Ms. Cruz's state charge arrest occurred on January 13, 2026. After posting a $34,500 bond, she was re-arrested on the instant Federal charges. The Federal arrest occurred on January 16, 2026. The state case was assigned Clerk Number 16-2026-CF-000432 and the formal charges set forth therein are as follows:

1. Battery on Law Enforcement Officer.
2. Battery on Law Enforcement Officer.
3. Battery on Law Enforcement Officer.
4. Resisting Officer with Violence.
5. Resisting Officer with Violence.
6. Resisting Officer with Violence.
7. Fleeing or Attempt to Elude a Police Officer.
8. Driving While Driver's License Suspended or Revoked.

The aforesaid state case is presently scheduled for trial on October 19, 2026. However, it is very likely that the state case will be continued. At this writing, the state prosecutor has not conveyed an offer to resolve the state charges. This is highly unusual. Indeed, the dual prosecution is highly unusual. The state prosector has provided the Criminal Punishment Code Scoresheet which yields a sentencing range between 13.725 months in prison up to the statutory maximum of 16 years in prison.

**C. Sentencing Guidelines - Analysis**

The Parties are in agreement that the guideline calculations described in paragraphs 29 and 30 are correct. After receiving a two-level reduction for acceptance of responsibility, the adjusted offence level of 15 is reduced to total offence level of 13.

Significantly, in paragraph 81 of the PSR, Senior Probation Officer Kyle McCrohan astutely and correctly observes that the Defendant's personal characteristics warrant a sentence below the advisory guidelines range.

**D. Genuine Guileless Remorse**

The description of Ms. Cruz's behavior after her arrest is accurately described in paragraph 14 of the PSR. She asked permission to apologize to the victim trooper and was permitted to do so. This expression of remorse was not guided by any legal knowledge or artifice. Rather it was genuine and heartfelt.

WHEREFORE, it is respectfully requested that this Court depart downward from any adjusted offense level, and/or exercise its discretion to impose a sentence below that recommended by the advisory range.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, this 6th day of October, 2026.

Respectfully Submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

M. Alan Ceballos, Esquire
Florida Bar No.: 353248
301 W. Bay Street, Suite 1468
Jacksonville, Florida 32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant