# DEFENDANT'S EXHIBIT "A"

7/27/2026

Jake McLaughlin

Re: United States V. Jennifer Susan Cruz

To Whom It May Concern:

I have known Jennifer since June 22nd,2026, when we became coworkers. We have worked together over five days a week since then, and I have come to know her as a friendly and deeply caring person. I have witnessed her incredible work ethic daily and willingness to go above and beyond at the drop of a dime, including coming in early and staying late. Jen has an uncanny ability to build rapport and connect with customers, regardless of their background. She has assisted, both in person and telephonically, outside of her scheduled shifts to help the business run smoothly without ever a word of complaint. Throughout my twenty years of working customer service, I can gladly say that Jennifer is a rare find with valued qualities of patience and intelligence.

One of the first things that I noticed about Jennifer was her strong maternal instinct. We work around dogs, and she has literally thrown herself in front of a dog to protect weaker coworkers. If a dog is being rowdy or hard to control, Jen has no problem lending a helping hand to ensure the safety of others. Being a stroke victim myself, I am anchored knowing work is a safer place every shift we work together.

When I became aware of the charges filed against Jennifer, I was baffled. I had to read her story twice, because the article describing her actions did not at all match the helpful and loving person that I had come to know. When I inquired about her situation further, Jen did admit to me that she regretted letting her passion and emotion take over momentarily. I know without a doubt that If Jennifer were caught in a similar situation, she would learn from her mistake and create a peaceful resolution.

It is my sincere hope that this letter is taken into consideration at the time of sentencing. Despite the current case, I still believe that Jennifer Susan Cruz is an upstanding and honorable member of my community, and a great human being.

Sincerely,

Jake McLaughlin

July 24, 2026

Mary Annette Cleveland

Re: United States of America vs Jennifer Susan Cruz

My name is Mary Cleveland. I am a retired registered nurse. I spent over twenty years in geriatrics, ten years in cardiac care, and my final twenty years in a corporate position overseeing the care of chronically ill children in home care.

I first met Jennifer Cruz in 1999, when was just a teenager. Her mother was an RN at the nursing home I was sent to assist in compliance.

I am aware of the criminal offenses that she is currently facing. I want to assure you that this is very much out of character for her. Jennifer grew up to be a kind and caring woman; as well as an excellent mother to her four children. She is a hardworking and law-abiding person.

Even as a teenager, Jennifer was very compassionate and even volunteered in a dementia unit in a long-term care facility.
As an adult, she was instrumental in providing care for her mother during the final stages of her life.

Respectfully yours

Mary Cleveland

Devanne Jones

July 31, 2026

Re: United States of America v. Jennifer Susan Cruz

To Whom It May Concern:

My name is Devanne (pronounced Devin) Jones and I am a teacher and coach at Englewood high school. I have taught 10th grade English for four years, been a coach for three, two of which I have had the pleasure of being the Head Coach for the Girls' Tennis team. I am a Jacksonville native who has worked with a variety of non-profit organizations including the Episcopal Diocese of Florida, the Order of the Daughters of the King, the YMCA, and Jacksonville River Keeper Watershed Action Volunteers.

I have known Ms. Cruz for two years now as her daughter is one of my star tennis players.

In the time that I have known Ms. Cruz, I could not imagine her being in a situation that would lead to her being arrested. Ms. Cruz is the first parent I have ever had to step up and support the whole team, not just their athlete. She is the first to volunteer for carpool, bring snacks, and chaperone tournaments.

My first year as Head Coach for the Girls' Tennis team, I was nervous to be the only adult to chaperone the District tournament because I couldn't supervise multiple matches happening concurrently. Ms. Cruz voluntarily took the day off of work to volunteer for nearly ten hours in the hot sun as a chaperone. She also, unprompted, provided sandwiches and drinks for the team out of her own pocket.

Sincerely,

Devanne Jones

Devanne Jones