UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:26-cr-11-HES-PDB

JENNIFER SUSAN CRUZ

**UNITED STATES' NOTICE OF FILING VICTIM IMPACT STATEMENT**

The United States of America, by the undersigned Assistant United States Attorney, files the attached victim impact statement from the Florida Highway Patrol Trooper who is the primary victim in this case. The Trooper will also be attending the sentencing hearing that is scheduled for 11:00 a.m. on August 14, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No. 869139
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: chip.corsmeier@usdoj.gov

Your Honor,

I understand that, as a Florida State Trooper, I chose a profession that carries inherent risks. I understand that I will encounter people who are angry, combative, or who do not want to comply with law enforcement. I knew those realities when I chose this profession, and I accept them. What I do not accept is the idea that being intentionally battered is simply part of the job.

But what happened to me in this case is different.

What has been particularly difficult for me to process is that the person who battered me had absolutely nothing to do with the official business other State Troopers were conducting. This individual was uninvolved, she was not initially being stopped by law enforcement. She made a decision to insert herself into a situation that did not involve her. She was not someone that was going to be taken to jail, which was made clear to her. In fact, she was given the opportunity to leave with a court date rather than being placed under arrest and taken into custody. The situation did not need to escalate any further. She had the opportunity to walk away. Instead, she made the decision to turn a situation that was essentially over into a violent encounter.

I think one of the most frustrating aspects of this experience is knowing how easily all of this could have been avoided. Yet she chose to involve herself, and ultimately, she chose violence. Because of that decision, I suffered a fractured finger that continues to require therapy. I also suffered an injury to my nose serious enough to require surgery. These were not momentary injuries that disappeared when the incident ended. I continue to deal with the physical consequences of someone else's decision to involve themselves in something that had nothing to do with them.

The effects also extend beyond me. When a law enforcement officer is assaulted, our families and those who care about us are reminded of the possibility that we may not return home from a shift in the same condition in which we left. They carry a burden from these incidents as well. In this case, that fear was made even more painful because my loved ones did not simply have to hear about what happened, they were able to see it. The assault was replayed repeatedly across multiple social media platforms, to include nationally televised weeks later. Every replay forced the people who love me to witness the moment I was attacked and re-attacked while I was already injured and visibly bleeding. These videos were and are a continuous reminder to them of the risks I face simply by putting on the uniform and going to work.

I recognize that some people may view an assault on a law enforcement officer differently because of the profession we have chosen. There can be an attitude that being assaulted is

simply "part of the job." I accept that my profession requires me to put myself in difficult and sometimes dangerous situations. However, continuing to do my job does not mean this incident did not affect me. The defendant's actions lasted only moments, but the consequences have lasted much longer.

I am not asking the Court for revenge, but for accountability. I respectfully ask the Court to consider the unnecessary nature of this incident, the injuries it caused, and the continuing impact it has had on my life into consideration when determining an appropriate sentence.

Thank you for allowing me to be heard.