**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO: 3:26-cr-00011-HES-PDB**

**UNITED STATES OF AMERICA**

**v.**

**JENNIFER SUSAN CRUZ**
**_________________________________/**

**DEFENDANT'S UNOPPOSED MOTION SEEKING COURT RECOMMENDATION FOR FEDERAL BUREAU OF PRISONS DESIGNATION**

COMES NOW the Defendant, JENNIFER SUSAN CRUZ, by and through her undersigned counsel, and hereby files this Defendant's Unopposed Motion Seeking Court Recommendation for Federal Bureau Prison Designation and in support thereof, Defendant states as follows:

1. On October 14, 2026, the Defendant received a 15-month incarceration sentence in the above captioned case.

2. At the time of said sentencing hearing, neither the Defendant nor undersigned counsel were familiar with the possible Federal Bureau of Prisons facilities which might be appropriate for the Defendant.

3. The Defendant now seeks for the Court to recommend that the Defendant serve her sentence at the Federal Correctional Institution Marianna, Satellite Camp for female offenders.

4. Undersigned counsel has been authorized by AUSA Arnold B. Corsmeier that the United States does not oppose the granting of this motion.

5. The best interests of judicial economy are advanced by the granting of this motion.

WHEREFORE, the premises considered, it is respectfully submitted that the above captioned motion should be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Assistant U.S. Attorney, Arnold B. Corsmeier, Esquire, chip.corsmeier@usdoj.gov, this 20th day of October, 2026.

Respectfully Submitted,

**LAW OFFICES OF M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

M. Alan Ceballos, Esquire
Florida Bar No.: 353248
301 W. Bay Street, Suite 1468
Jacksonville, Florida 32202
Telephone: (904) 854-4400
mac@alanceballoslaw.com
Attorney for Defendant