**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 3:26-cr-11-HES-PDB**

**JENNIFER SUSAN CRUZ**
______________________________/

## ORDER

This matter is before this Court on "Defendant's Unopposed Motion Seeking Court Recommendation for Federal Bureau of Prisons Designation" (Dkt. 56).

On October 14, 2026, Defendant received a 15-month incarceration sentence. Defendant now seeks this Court's recommendation that Defendant serve her sentence at the Federal Correctional Institution Marianna, Satellite Camp for female offenders. The motion also states that the government does not oppose its granting.

Accordingly, it is **ORDERED**:

1. "Defendant's Unopposed Motion Seeking Court Recommendation for Federal Bureau of Prisons Designation" (Dkt. 56) is **GRANTED**; and

2. This Court recommends to the Federal Bureau of Prisons that Defendant serve her 15-month incarceration sentence at the Federal Correctional Institution Marianna, Satellite Camp for female offenders.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of October 2026.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Arnold B. Corsmeier, Esq.
M. Alan Ceballos, Esq.
U.S. Probation Office
Federal Bureau of Prisons